# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-

**DONTEL SINGLETON**

Case Number: 2:96-cr-15-FtM-99DNF

USM Number: 198280-018

Frank Zaremba, FPD
1514 Broadway, Ste. 301
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two & Three of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to follow the instructions of the probation officer in a violation of Condition Three of the Standard Conditions of Supervision | February 9, 2009 |
| Two | Failure to reside in a Residential Re-entry Center/Residential Re-entry Sanctions Center in violation of the Special Condition | December 29, 2008 |
| Three | Failure to comply with the Home Detention Program in violation of the Special Condition | February 6, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/13/2009

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

April ___, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **13 Months**.

**The Court recommends to the Bureau of Prisons:**

1. Participation in any and all available drug/alcohol programs.
2. Participation in any available educational/vocational programs.
3. Incarceration in a facility close to home (Miami, FL)

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**